# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17CR143-2 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| MIGUEL MARTINEZ-ROLDAN, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE OF PROPERTY

WHEREAS, on April 3, 2018, this Court entered a Preliminary Order of Forfeiture (Doc. 41) ordering the forfeiture, pursuant to 18 U.S.C. § 982(a)(6) and 18 U.S.C. § 982(a)(2), of the following property (hereinafter the "Subject Property"):

a. Pavilion 20 All-in-One PC, Model: 20-b013w, SN: 3CR3140HDT;
b. Compaq Desktop, Model: CQ5110F, SN: MXX9220D04;
c. Alcatel One Touch Cricket cell phone, Model: 4060O, SN: 014671001661240;
d. Samsung Galaxy Amp2 Cricket cell phone, Model: SM-J120AZ UD, SN: R58H425T16X;
e. Alcatel One Touch Idol Cricket cell phone, Model: 6045O, SN: 014497001507716;
f. HP Desktop, SN: 2UA8390NJZ;
g. HP Desktop, Model 8000 Ultra Slim, SN: 2UA0340S4H;
h. Lenovo ThinkCentre computer, Model: Lenovo Tiny-W, SN: MJ0110V;
i. LG Cricket cell phone, Model: LG-K540, SN: 611CYHE361545;
j. Samsung Galaxy S5 cell phone, Model: SM-G900V UD, SN: IMEI: 990004906553106;
k. Samsung Galaxy S5 cell phone, Model: SM-G900V UD, SN: IMEI: 990004913153700;
l. Samsung Galaxy S7 cell phone, Model: SM-G930A UD, SN: IMEI: 357425077835815;
m. Samsung Galaxy S7 Edge cell phone, Model: SM-G935V UD, SN: IMEI: 358166075721479;
n. USB Patriot XT 8GB;
o. USB SanDisk Cruzer Glide 32GB;
p. USB PNY 32GB;
q. $4,000.00 U.S. Currency;
r. Evolis Card Printer, Model: Pebble, SN: 10000222121;

> s. Epson Workforce Color Inkjet Printer, Model: C531A;
> t. HP Envy Printer, Model HP Envy 5642, SN: TH65N9R1JW; and
> u. Samsung SCX Printer, Model: SCX-3405, SN: Z6U7B8KD6E009LL;

WHEREAS, the United States published notice of this forfeiture action and of its intent to dispose of the Subject Property in accordance with law, and the United States further notified all potential claimants of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the Subject Property, beginning on April 4, 2018, and continuing for at least thirty (30) consecutive days, on the [www.forfeiture.gov](www.forfeiture.gov) website, (Doc. 56); and

WHEREAS, the United States did not send direct written notice of the Preliminary Order of Forfeiture because there was no person(s) who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Subject Property in an ancillary proceeding; and

WHEREAS, no timely petition has been filed to the Subject Property; and

WHEREAS, the Defendant was sentenced and a Judgment was issued ordering the forfeiture of the Subject Property (Doc. 51); and

WHEREAS, the Court finds that the Defendant has an interest in the Subject Property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(6) and 18 U.S.C. § 982(a)(2).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on April 3, 2018 (Doc. 41), ordering the forfeiture, pursuant to 18 U.S.C. § 982(a)(6) and 18 U.S.C. § 982(a)(2), of the Subject Property is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States, and the United States has clear title to the Subject Property; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States is hereby authorized to dispose of the Subject Property in accordance with law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: August 24, 2018                                *s/Thomas M. Rose
                                                     _____
                                                     THOMAS M. ROSE
                                                     UNITED STATES DISTRICT JUDGE